# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U.S. Philips Corporation and Koninklijke Philips Electronics N.V.,

Plaintiff,

-v-

Entertainment Distribution Company (USA) LLC; Entertainment Distribution Company; Universal Music Group; UMG Manufacturing & Logistics, Inc; James Caparro; Jordan Copland; and John Does No. 1 through 100

Defendant.

Case No. _____

## Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

U.S. Philips Corporation and Koninklijke Philips Electronics N.V. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

U.S. Philips Corporation — 100% ownership in plaintiff
Koninklijke Philips Electronics N.V. — 100% ownership in plaintiff

Date: 4/30/2008

Signature of Attorney

Attorney Bar Code: EJ-5259