SCANNED

**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                      Plaintiffs                      7:08-cv-04070-SCR

      -against-                       **MOTION TO ADMIT COUNSEL**
                                           **PRO HAC VICE**

ENTERTAINMENT DISTRIBUTION COMPANY
(USA) LLC, ENTERTAINMENT DISTRIBUTION
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

                      Defendants

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | John F. Hornick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

John F. Hornick is a member in good standing of the Bar of the State of District of Columbia. There is no pending disciplinary proceedings against John F. Hornick in any State of Federal court.

Dated: May 30, 2008 New York, New York

                                                        Respectfully submitted,

                                                        Christopher J. Houpt

New York State Bar No. 723128
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

United States District Court
Southern District of New York

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                    Plaintiffs              7:08-cv-04070-SCR

       -against-                   **AFFIDAVIT OF CHRISTOPHER J. HOUPT IN SUPPORT OF**

ENTERTAINMENT DISTRIBUTION COMPANY    **MOTION TO ADMIT COUNSEL**
(USA) LLC, ENTERTAINMENT DISTRIBUTION    **PRO HAC VICE**
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

                    Defendants

---

STATE OF NEW YORK   )
                           )    ss:
COUNTY OF NEW YORK )

I. Christopher J. Houpt, being duly sworn, hereby deposes and says as follows:

1) I am an associate with Mayer Brown, LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit John F. Hornick pro hac vice to represent Plaintiffs in this matter.

2) I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2007. I am also admitted to bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3) I have known John F. Hornick since 2007.

4) Mr. Hornick is an associate with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, DC.

5) I have found Mr. Hornick to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6) Accordingly, I am pleased to move the admission of John F. Hornick, pro hac vice.

7)   I respectfully submit a proposed order granting the admission of John F. Hornick, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John F. Hornick, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: 5/30/08
New York, New York

Notarized:

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11

Respectfully submitted,

Christopher J. Houpt
SDNY Bar Code: 723128



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN F. HORNICK

was on the 7TH day of DECEMBER, 1984 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                       Plaintiffs           7:08-cv-04070-SCR

-against-                       **ORDER FOR ADMISSION**
                                                                             **PRO HAC VICE**

ENTERTAINMENT DISTRIBUTION COMPANY
(USA) LLC, ENTERTAINMENT DISTRIBUTION
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

                       Defendants

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John F. Hornick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address:<br>City/State/Zip: | 901 New York Avenue, NW<br>Washington, DC 20001 |
| Phone No.: | (202) 408-4000    Fax No: (202) 408-4400 |
| Email Address: | john.hornick@finnegan.com |

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York

_____
United States District/Magistrate Judge

Case 7:08-cv-04070-SCR    Document 5    Filed 06/05/2008    Page 7 of 8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC et al.,<br><br>    Defendants. | Civil Action No. 08-cv-04070-SCR<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NEW YORK   )
                                )SS.:
COUNTY OF NEW YORK  )

    I, Christopher J. Houpt, a member of the Bar of this Court, hereby certify that on Thursday, June 5, 2008, I caused to be served upon

    Ivan Kavrukov
    COOPER & DUNHAM LLP
    1185 Avenue of the Americas
    New York, New York 10036

by hand delivery a true copy of Plaintiffs' Motion to Admit Counsel Pro Hac Vice and the Affidavit of Christopher J. Houpt.

New York, New York
June 5, 2008

                                                  _____
                                                  Christopher J. Houpt