**United States District Court**
**Southern District of New York**

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION | **SCANNED** |
| Plaintiffs | 7:08-cv-04070-SCR |
| -against- | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC, ENTERTAINMENT DISTRIBUTION COMPANY, UNIVERSAL MUSIC GROUP, UMG MANUFACTURING & LOGISTICS, INC., JAMES CAPARRO, JORDAN COPLAND, John Does 1-100. | |
| Defendants | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Samuel C. Bass |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

Samuel C. Bass is a member in good standing of the Bar of the State of Virginia. There is no pending disciplinary proceedings against Samuel C. Bass in any State of Federal court.

Dated: May 30, 2008 New York, New York

Respectfully submitted,

_____
Christopher J. Houpt
New York State Bar No. 723128
MAYER BROWN LLP
1675 Broadway

New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

Case 7:08-cv-04070-SCR    Document 6    Filed 06/05/2008    Page 2 of 8

United States District Court
Southern District of New York

_____

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

        Plaintiffs      7:08-cv-04070-SCR

  -against-           **AFFIDAVIT OF CHRISTOPHER**
                   **J. HOUPT IN SUPPORT OF**
                   **MOTION TO ADMIT COUNSEL**
ENTERTAINMENT DISTRIBUTION COMPANY  **PRO HAC VICE**
(USA) LLC, ENTERTAINMENT DISTRIBUTION
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

  _____Defendants_____

STATE OF NEW YORK  )
            ) ss:
COUNTY OF NEW YORK )

I. Christopher J. Houpt, being duly sworn, hereby deposes and says as follows:

1)  I am an associate with Mayer Brown, LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Samuel C. Bass pro hac vice to represent Plaintiffs in this matter.

2)  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in ___July 2007___. I am also admitted to bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3)  I have known Samuel C. Bass since 2007.

4)  Mr. Bass is an associate with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, DC.

5)  I have found Mr. Bass to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6)  Accordingly, I am pleased to move the admission of Samuel C. Bass, pro hac vice.

7)  I respectfully submit a proposed order granting the admission of Samuel C. Bass, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Samuel C. Bass, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: 5/30/08
New York, New York

Notarized:

*[signature]*

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11

Respectfully submitted,

*[signature]*

Christopher Houpt
SDNY Bar Code: 723128



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **SAMUEL CUMMINGS BASS** is an active member of the Virginia State Bar in good standing. **MR. BASS** was licensed to practice law in Virginia on **OCTOBER 17, 2007**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Karen A. Gould
Executive Director and
Chief Operating Officer

Issued May 15, 2008

**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                         Plaintiffs                  7:08-cv-04070-SCR

    -against-                              **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**

ENTERTAINMENT DISTRIBUTION COMPANY
(USA) LLC, ENTERTAINMENT DISTRIBUTION
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

                          Defendants

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

        Applicant's Name:        Samuel C. Bass

        Firm Name:               Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

        Address:                   901 New York Avenue, NW
        City/State/Zip:           Washington, DC 20001

        Phone No.:               (202) 408-4000     Fax No: (202) 408-4400

        Email Address:           samuel.bass@finnegan.com

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF passowrd at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York

_____
United States District/Magistrate Judge

Case 7:08-cv-04070-SCR    Document 6    Filed 06/05/2008    Page 7 of 8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC et al.,<br><br>　　　　Defendants. | Civil Action No. 08-cv-04070-SCR<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NEW YORK　）
　　　　　　　　　　）SS.:
COUNTY OF NEW YORK　）

　　I, Christopher J. Houpt, a member of the Bar of this Court, hereby certify that on Thursday, June 5, 2008, I caused to be served upon

　　Ivan Kavrukov
　　COOPER & DUNHAM LLP
　　1185 Avenue of the Americas
　　New York, New York  10036

by hand delivery a true copy of Plaintiffs' Motion to Admit Counsel Pro Hac Vice and the Affidavit of Christopher J. Houpt.

New York, New York
June 5, 2008

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Christopher J. Houpt
　　　　　　　　　　　　　　　　　　　　　　　　Christopher J. Houpt