**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                        Plaintiffs                  7:08-cv-04070-SCR

       -against-                     **ORDER FOR ADMISSION**
                                                           **PRO HAC VICE**

ENTERTAINMENT DISTRIBUTION COMPANY
(USA) LLC, ENTERTAINMENT DISTRIBUTION
COMPANY, UNIVERSAL MUSIC GROUP,
UMG MANUFACTURING & LOGISTICS, INC.,
JAMES CAPARRO, JORDAN COPLAND,
John Does 1-100.

                           Defendants

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Applicant's Name:        Samuel C. Bass

    Firm Name:               Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

    Address:                   901 New York Avenue, NW
    City/State/Zip:           Washington, DC 20001

    Phone No.:               (202) 408-4000     Fax No: (202) 408-4400

    Email Address:          samuel.bass@finnegan.com

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF passowrd at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York



_[signature]_
United States District/Magistrate Judge
6/20/08