UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>       Plaintiffs,<br><br>       v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC; ENTERTAINMENT DISTRIBUTION COMPANY; UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; JAMES CAPARRO, an Individual; JORDAN COPLAND, an Individual; and John Does No. 1 through 100,<br><br>       Defendants and Counterclaim Plaintiffs. | Civil Action No.08-cv-4070 (SCR)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party, <u>Universal Music Group, Inc.</u>, certifies that there are no corporate parents, subsidiaries or affiliates of that party which are publicly held, except **Vivendi, S.A.**

                                  COOPER & DUNHAM LLP

Date: June 26, 2008            By: s/ Ivan S. Kavrukov
                                            Ivan Kavrukov (IK-4452)
                                            William E. Pelton (WP-1850)
                                            Tonia A. Sayour (TS-7208)
                                            Gregory J. Carbo (GC-8459)

1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 278-0400
Fax: (212) 391-7550
ikavrukov@cooperdunham.com
gcarbo@cooperdunham.com

Attorneys for Defendant Universal Music Group, Inc.