IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4070 (SCR) |
| v. | ECF Case |
| ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC; ENTERTAINMENT DISTRIBUTION COMPANY; UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; JAMES CAPARRO, an Individual; JORDAN COPLAND, an Individual; and John Does No. 1 through 100, | |
| Defendants and Counterclaim Plaintiffs. | |

## NOTICE OF MOTION AND MOTION TO DISMISS UNIVERSAL MUSIC GROUP, INC. PURSUANT TO FED. R. CIV. P. 12(b)(6)

PLEASE TAKE NOTICE that that on a date and at a time to be determined by the Court, defendant Universal Music Group, Inc., through its undersigned counsel, will appear before the Court at the United States District Court for the Southern District of New York, United States Courthouse at 300 Quarropas Street in White Plains, New York, before the Honorable Stephen C. Robinson, United States District Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting its motion to dismiss the First and Second Counts of the First Amended Complaint and granting such other and further relief as the Court may deem just and proper.

This motion is based upon the accompanying Joint Memorandum of Law in support of

this Motion and all the pleadings to date.

      PLEASE TAKE FURTHER NOTICE that the parties have not yet agreed on a briefing schedule and therefore request that the Court set the briefing schedule.

                                        Respectfully submitted,

                                        COOPER & DUNHAM LLP

Dated: June 26, 2008          /s/ Ivan S. Kavrukov
                                        Ivan Kavrukov (IK 4452)
                                        William E. Pelton (WP 1850)
                                        Tonia A. Sayour (TS 7208)
                                        Gregory J. Carbo (GC 8459)
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Tel: (212) 278-0400
                                        Fax: (212) 391-7550
                                        ikavrukov@cooperdunham.com
                                        wpelton@cooperdunham.com
                                        tsayour@cooperdunham.com
                                        gcarbo@cooperdunham.com

                                        Attorneys for Defendant Universal Music Group, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of June, 2008, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS UNIVERSAL MUSIC GROUP, INC. PURSUANT TO FED. R. CIV. P. 12(b)(6)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

    /s/ Ivan S. Kavrukov
    Ivan S. Kavrukov