UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U.S. Philips Corporation et al.          **CIVIL CASE DISCOVERY PLA**
                                         **AND SCHEDULING ORDER**

                    Plaintiff(s),

        - against -

                                         08 Civ. 4070 (SCR)

Entertainment Distribution Co., et al.
                    Defendant(s).
------------------------------------------------------------x

        The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: **all proposed dates should be for weekdays only**)

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by _____11/14/08_____.

Amended pleadings may be filed until _____2/13/09_____.

**Discovery:**

1. Interrogatories are to be served by all counsel no later than _____7/9/08_____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than _____7/9/08_____.

3. Depositions to be completed by _____4/17/09_____.

    a.  Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
    b.  Depositions shall proceed concurrently.
    c.  Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than _____3/4/09_____.

5. Requests to Admit, if any to be served no later than _See Attachment A_

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7. All discovery is to be complete by _4/17/09_.

Initial Case Management Conference _July 25, 2008 @ 10:00am_.
(To Be Complete By Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference)

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York

Dated: _July 1, 2008_

SO ORDERED

_____
Stephen C. Robinson U.S.D.J.

## ATTACHMENT A

The parties agree that requests for admissions relating to the merits shall be limited to 25 per side and contention interrogatories shall be limited to 15 per side (which shall be in addition to 25 regular interrogatories), and that such requests for admissions and contention interrogatories shall be served no later than April 26, 2009. Requests for admissions for purposes of document authentication shall be limited to 150 in number per side and shall be served so that responses are due on or before May 20, 2009.

Case 7:08-cv-04070-SCR    Document 19    Filed 07/01/2008    Page 3 of 3