UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>       Plaintiffs,<br><br>v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC et al.,<br><br>       Defendants. | Civil Action No. 08-cv-04070-SCR<br><br>**CERTIFICATE AND DECLARATION OF SERVICE** |

I, John F. Hornick, hereby declare as follows:

1. I am a partner with the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP, attorneys for Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation.

2. On or about May 7, 2008, I instructed my staff to send to Ivan Kavrukov of the law firm of Cooper & Dunham LLP, counsel for Defendants in this action, a true and complete copy of the Summons and Complaint in the above-captioned case. Accordingly, on May 7, 2008, a true and correct copy of the Summons and Complaint in the above-captioned case was sent via First Class mail to Mr. Kavrukov.

3. On May 15, 2008, Mr. Kavrukov stated in an email to me that he would accept service on all Defendants, provided that such service is effective May 23, 2008.

4. On May 18, 2008, I sent an email to Mr. Kavrukov agreeing that his acceptance of service for the Defendants as of May 23, 2008 was acceptable, and that I would file a declaration of service stating that such Defendants were served as of May 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 11, 2008

_____
John F. Hornick