UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC; ENTERTAINMENT DISTRIBUTION COMPANY; UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; JAMES CAPARRO, an Individual; JORDAN COPLAND, an Individual; and John Does No. 1 through 100,<br><br>　　　　　　Defendants and<br>　　　　　　Counterclaim Plaintiffs. | Civil Action No.08-cv-4070 (SCR)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

　　Please enter the appearance of William E. Pelton, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants Entertainment Distribution Company (USA) LLC; Entertainment Distribution Company; Universal Music Group, Inc.; UMG Manufacturing & Logistics, Inc.; James Caparo; and Jordan Copland in the above-entitled action.

　　　　　　　　　　　　　　　　　COOPER & DUNHAM LLP

Date:  July 15, 2008　　　　　　By:  s/ William E. Pelton
　　　　　　　　　　　　　　　　　William E. Pelton (WP-1850)
　　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　Tel:  (212) 278-0400
　　　　　　　　　　　　　　　　　Fax:  (212) 391-7550
　　　　　　　　　　　　　　　　　wpelton@cooperdunham.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

                                                                s/ William E. Pelton
                                                                William E. Pelton