UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC; ENTERTAINMENT DISTRIBUTION COMPANY; UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; JAMES CAPARRO, an Individual; JORDAN COPLAND, an Individual; and John Does No. 1 through 100,<br><br>　　　　　　Defendants and<br>　　　　　　Counterclaim Plaintiffs. | Civil Action No.08-cv-4070 (SCR)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

　　　Please enter the appearance of Tonia A. Sayour, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants Entertainment Distribution Company (USA) LLC; Entertainment Distribution Company; Universal Music Group, Inc.; UMG Manufacturing & Logistics, Inc.; James Caparo; and Jordan Copland in the above-entitled action.

　　　　　　　　　　　　　　　　　COOPER & DUNHAM LLP

Date:  July 15, 2008　　　　　　　By: s/ Tonia A. Sayour
　　　　　　　　　　　　　　　　　　Tonia A. Sayour (TS-7208)
　　　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Tel:  (212) 278-0400
　　　　　　　　　　　　　　　　　　Fax:  (212) 391-7550
　　　　　　　　　　　　　　　　　　tsayour@cooperdunham.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Christopher J. Houpt
  MAYER BROWN LLP
  1675 Broadway
  New York, New York 10019
  choupt@mayerbrown.com

  Edward D. Johnson
  MAYER BROWN LLP
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, California 94306-2112
  wjohnson@mayerbrown.com

  Vince P. Kovalick
  John F. Hornick
  Samuel C. Bass
  FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
  901 New York Avenue, N.W.
  Washington, D.C. 20001
  vince.kovalick@finnegan.com
  John.Hornick@finnegan.com
  Samuel.Bass@finnegan.com

                     s/ Tonia A. Sayour
                     Tonia A. Sayour