UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC; ENTERTAINMENT DISTRIBUTION COMPANY; UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; JAMES CAPARRO, an individual; JORDAN COPLAND, an individual; and John Does No. 1 through 100,<br><br>Defendants. | Case No. 08-cv-4070 (SCR) |

NOTICE OF PHILIPS' MOTION TO DISMISS PATENT MISUSE AND
TORTIOUS INTERFERENCE COUNTERCLAIMS ASSERTED BY
ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC
AND ENTERTAINMENT DISTRIBUTION COMPANY

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively "Philips")move to dismiss the counterclaim for patent misuse and the two counterclaims for tortious interference with a business relationship filed by Entertainment Distribution Company (USA) LLC ("EDC LLC") and Entertainment Distribution Company ("EDC"). In support of this motion, Philips relies on the Declaration of Samuel Cummings Bass and the accompanying memorandum of law in support of Philips' Motion to Dismiss. Philips also requests a hearing on this motion.

WHEREFORE, Philips respectively prays that the Court dismiss the counterclaim for patent misuse and the two counterclaims for tortious interference with a business relationship for

failure to state a claim upon which relief can be granted, as set forth in the accompanying proposed Order, and that it grant such other relief as it deems just and proper.

Date:   July 21, 2008

/s/ Christopher J. Houpt
Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

*Of Counsel*:

Vince P. Kovalick (*pro hac vice*)
John F. Hornick (*pro hac vice*)
Samuel C. Bass (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher J. Houpt